EX PARTE SYLVESTER PROCTOR.

APPEAL from the decision of the Judge of the Court of Common Pleas of the Seventeenth Judicial District.

Proceedings on writ of *habeas corpus.*

PER CURIAM.—On a careful perusal of the evidence, we are satisfied that the prisoner, Sylvester Proctor, is entitled to be let to bail. Therefore it is considered that the judgment below, refusing the admission of the said Proctor to bail, be reversed, and that the cause be remanded, with instructions to the judge below to admit the said Proctor to bail in the sum of ten thousand dollars.

And it is ordered that this judgment be certified down immediately.

*A. S. Blake, R. M. Johnson,* and *O. H. Main,* for appellant.